UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LOUIS WILLIAM PARREANT,

Plaintiff,

v.

JOHN SCHOTZKO,

Defendant.

Civil File No. 00-2014 (JRT/JGL)

**ORDER**

On July 27, 2001, the Court received a letter from Plaintiff, which bears the caption "Medication Emergency / Order To Stop Medication Termination." (Docket No. 58.) The Court understands Plaintiff's letter to be a request for a temporary restraining order that would bar Defendant (and his affiliates at the Prairie Correctional Facility) from altering Plaintiff's existing pain medication regimen. The Court has determined that Defendant should be required to show cause why Plaintiff should not be granted the relief he is seeking.

Now, therefore, **IT IS HEREBY ORDERED** that:

By no later than August 14, 2001, Defendant shall file a written response to Plaintiff's letter entitled "Medication Emergency / Order To Stop Medication Termination," (Docket No. 58), explaining why Plaintiff should not be granted the relief he is seeking in that letter.

Dated: August 6, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED AUG 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK