**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**LOUIS WILLIAM PARREANT**,

Plaintiff,

v.

**JOHN SCHOTZKO; PRAIRIE CORRECTIONAL FACILITY; and CORRECTIONS CORPORATION OF AMERICA**,

Defendants.

Civil No. 00-2014 (JRT/JGL)

**ORDER**

---

APPEARANCES

Louise William Parreant, pro se.

Gregory Wayne Deckert, Esq., for Respondent John Schotzko.

Robert M. Lewis, Esq., for Respondents Prairie Correctional Facility and Corrections Corporation of America.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Plaintiff Louis William Parreant's written Request for Permission to Reconsider Motion Regarding Preliminary Injunction (Doc. No. 105). This matter has been referred to the undersigned pursuant 28 U.S.C. § 636 and D. Minn. LR 72.1(c).

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## I. FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff Parreant alleges that his federal constitutional rights are being violated during his confinement at Prairie Correctional Facility ("PCF"). Specifically, Plaintiff claims that since being transferred from a Wisconsin prison to PCF, he is being denied the medications necessary to control his chronic back pain. Defendant John Schotzko is a doctor who treated Plaintiff at PCF. Corrections Corporation of America ("CCA") is PCF's parent company. Plaintiff has filed suit under 42 U.S.C. § 1983.

On March 22, 2002 this Court struck Plaintiff's Motion to Reconsider Injunctive Relief Regarding Medications (Doc. No. 99) because Plaintiff failed to receive permission from the Court to file such a motion as required by our Local Rules. (Doc. No. 100). Plaintiff has now complied with the Local Rules by submitting a written request for permission to file a motion for reconsideration.

## II. DISCUSSION

The Court finds that Plaintiff has not presented any evidence of compelling circumstances which make reconsideration appropriate. See D. Minn. LR 7.1(g). Moreover, the Court finds that Plaintiff's request is but one of three requests currently before the Court which seek the same relief. (Doc. Nos. 101, 103, 105.) The two other requests are motions for injunctive relief. (Doc. Nos. 101 & 103.) The Court addresses these motions in its April 3, 2002 Report and Recommendation. Accordingly, Plaintiff's request for permission to file a motion to reconsider is denied.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Louis William Parreant's Request for Permission to Reconsider Motion Regarding Preliminary Injunction (Doc. No. 105)is **DENIED**.

Dated: April 3, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge