**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LOUIS WILLIAM PARREANT, Civil No. 00-2014 (JRT/JGL)

Plaintiff,

v. **ORDER**

JOHN RUDOLPH SCHOTZKO,

Defendant.

---

Louis William Parreant, Prairie Correctional Facility, 445 South Munsterman, Appleton, MN 56208, *pro se*.

Gregory W. Deckert, BASSFORD, LOCKHART, TRUESDELL, & BRIGGS, P.A., 3550 Multifoods Tower, 33 South Sixth Street, Minneapolis, MN 55402, for Schotzko.

Robert M. Lewis, BEST & FLANAGAN, 601 Second Avenue South, Suite 4000, Minneapolis, MN 55402, for Correctional Facility and Corrections Corporation of America.

Based upon the Report and Recommendation of the United States Magistrate Judge Jonathan G. Lebedoff, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Plaintiff's letter motion for Court's help to order the stop termination of medication [Docket No. 101] is **DENIED**.

FILED MAY 1 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

2. Plaintiff's letter motion for Court to act and intervene to stop plaintiff's medications from being denied or terminated [Docket No. 103] is **DENIED**.

DATED: May 8, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge