UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Louis William Parreant,

Plaintiff,

vs.

John R. Schotzko and
Corrections Corporation of
America, Inc.,

Defendants.

File No. 00-CV-2014 (JRT/JGL)

STIPULATION AND ORDER

**WHEREAS,** in the course of this matter it may be necessary for defendant Corrections Corporation of America to produce information that may otherwise be restricted from disclosure under, inter alia, the Minnesota Data Practices Act; and

**WHEREAS,** such information may be interpreted as requiring an order of this Court for its disclosure under such laws; and

**WHEREAS,** plaintiff has refused to produce such information directly; and

**WHEREAS,** the custodian of such information, Corrections Corporation of America, Inc., does not object to producing such information on the grounds that it may be covered by the Act or other applicable law so long as this Court has approved and directed the production;

**NOW THEREFORE,** the defendants below through their counsel hereby move the Court for an Order in the form attached to this Stipulation.

Dated: 6/4, 2002.

**BASSFORD, LOCKHART ET AL.**

**Gregory W. Deckert (#192867)**
33 South 6th Street, Suite 3550
Minneapolis, Minnesota 55402
(612) 333-3000

**ATTORNEY FOR DEFENDANT SCHOTZKO**

JUL 08 2002

Dated: ____________, 2002.

**BEST & FLANAGAN LLP**

**Robert M. Lewis (#249488)**
**Rebecca A. Chaffee (#302430)**
225 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402
(612) 339-7121

**ATTORNEY FOR DEFENDANT CORRECTIONS CORPORATION OF AMERICA, INC.**

**ORDER**

Based on the Stipulation of the parties above, the Court hereby ORDERS that any disclosure of otherwise relevant documents or information by Corrections Corporation of America, Inc. in response to discovery requests does not violate the Minnesota Data Practices Act or any other applicable law arguably restricting the disclosure of such information.

BY THE COURT:

Dated: July 8, 2002.

Hon. Jonathan G. Lebedoff