UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

LOUIS WILLIAM PARREANT,

Plaintiff,

v.

JOHN SCHOTZKO, and CORRECTIONS CORPORATION OF AMERICA, INC.,

Defendants.

Civil File No. 00-2014 (JRT/JGL)

**ORDER**

This matter is presently before the Court on Plaintiff's submission entitled "Motion For Discovery." (Docket No. 117.) As far as the Court can tell, however, Plaintiff's submission is not really a motion at all. It appears to be merely a discovery demand, (more specifically a Request for Admissions; see Fed. R. Civ. P. 36), that was erroneously entitled "motion" and filed as such. In any event, there is no indication that Defendants have failed to comply with any discovery request, so Plaintiff's so-called "motion for discovery" is premature, at best. Furthermore, the Court has already determined that this action should be dismissed on summary judgment, (see Report and Recommendation entered contemporaneously with this Order), and the Court finds that the information solicited by Plaintiff's mistitled "motion for discovery" could not alter that determination.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Plaintiff's "Motion For Discovery," (Docket No. 117), is DENIED.

Dated: August 12, 2002

JONATHAN LEBEDOFF
Chief Magistrate Judge

FILED AUG 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK